EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS    #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 12 2005

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

JUN 27 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )    CR. NO. 03-00496-12 HG
                               )
              Plaintiff,       )
                               )
         vs.                   )    ORDER FOR DISMISSAL
                               )
KUULEI ANCHETA,       (12)     )
                               )
              Defendant.       )
_____)


                    ORDER FOR DISMISSAL

         Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure and by leave of court endorsed hereon, the United
States Attorney for the District of Hawaii hereby dismisses the
Indictment against Defendant Kuulei Ancheta ("Defendant Ancheta")
on the grounds that Defendant Ancheta was charged and sentenced
in an Information, Cr. No. 04-00430 HG.  Pursuant to a plea
agreement, the Government agreed to dismiss the charges as to
Defendant Ancheta in the Indictment for Cr. No. 03-00496 HG after
sentencing.

Defendant Ancheta was sentenced on June 17, 2005, to sixty (60) months imprisonment.  Defendant Ancheta is currently in custody.

DATED:    Honolulu, Hawaii, ___June 27, 2005___.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR

_____
UNITED STATES DISTRICT JUDGE

JUL 1 1 2005

DATED: _____


United States v. Kuulei Ancheta
Cr. No. 03-00496-12 HG
"Order for Dismissal"

2